■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RALPH E. JENNEY, Appellant. — Judgment unanimously affirmed. Counsel's application to withdraw granted (see *People v Crawford,* 71 AD2d 38). (Appeal from judgment of Genesee County Court, Morton, J. — attempted burglary, third degree.) Present — Dillon, P. J., Hancock, Jr., Callahan, Doerr and Moule, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RICHARD JOHNSON, Appellant. — Judgment unanimously affirmed. Counsel's application to withdraw granted (see *People v Crawford,* 71 AD2d 38). (Appeal from judgment of Erie Supreme Court, Ostrowski, J. — robbery, first degree.) Present — Dillon, P. J., Hancock, Jr., Callahan, Doerr and Moule, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v LUIZ RODRIGUEZ CRUZ, Respondent. — Order unanimously reversed and motion denied. Memorandum: In this one count indictment charging defendant with criminal mischief in the third degree, the court erred in modifying the indictment to criminal mischief in the fourth degree upon defendant's motion to inspect the Grand Jury minutes and reduce the charge in the indictment. CPL 210.20 (subd 1, par [b]) in pertinent part provides that the court may dismiss an indictment when the evidence before the Grand Jury was not legally sufficient to establish the offense charged or any lesser included offense. There is no authority to reduce the charge in the indictment to the lesser included offense (see *People v Maier,* 72 AD2d 754). The defendant's motion should be denied and the indictment reinstated. (Appeal from order of Livingston County Court, Houston, J. — modify indictment.) Present — Dillon, P. J., Hancock, Jr., Callahan, Doerr and Moule, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ERIKA VANACORE, Appellant. — Judgment, insofar as it imposes sentence, unanimously modified, as a matter of discretion in the interest of justice, by reducing the sentence pursuant to subdivision 4 of section 70.00 of the Penal Law, to time served, to run concurrently with a term of five years' probation, and defendant remanded to Cayuga County Court to establish the conditions of the probation; and otherwise judgment affirmed. (Appeal from judgment of Cayuga County Court, Contiguglia, J. — driving while intoxicated.) Present — Dillon, P. J., Hancock, Jr., Callahan, Doerr and Moule, JJ.